454 A.2d 183

Sally Shops, Appellant v. DeBartolo, et al.

Argued February 17, 1982. Carl G. Roberts, for appellant; Ira Paul Tiger, for appellees.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order is affirmed.

454 A.2d 184

Stephano, et al., Appellants v. Roadway Express, Inc.

Argued October 26, 1982. James J. Oliver, for appellants; Robert W. Honeyman, for appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Order affirmed.